IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Deloris Boyce,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>Andrew Saul, Commissioner<br>of Social Security,<br>　　　　　　Defendant. | Civil Action No. 4:18-cv-1459-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 25. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $4,340.00, representing 21.7 attorney hours at the rate of $200.00 per hour, and $16.00 in expenses.

The Commissioner filed a response indicating that he does not oppose payment of $4,340.00 in attorney's fees and $16.00 in expenses to Plaintiff. ECF No. 26. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $4,340.00 in attorney's fees and $16.00 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
September 16, 2019